IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK HICKEY,<br><br>   Plaintiff,<br><br>v.<br><br>OSCAR TEXIDOR-RAMIREZ, ET AL.,<br><br>   Defendants. | CIVIL ACTION<br>NO. 22-3950 |
| JAMES P. PETRUZZI,<br><br>   Plaintiff,<br><br>v.<br><br>TEXIDOR TRANSPORT, LLC, ET AL.,<br><br>   Defendants. | CIVIL ACTION<br>NO. 22-4097 |

## ORDER

**AND NOW**, this 8th day of December 2022, upon consideration of the request to consolidate both cases as noted in the Rule 26(f) report submitted by Andrew P. Motel, Esquire, and Daniel S. Strick, Esquire, in Civil Action No. 22-4097, which is unopposed by counsel in Civil Action No. 22-3950, it is **ORDERED** as follows:

1. The request to consolidate is **GRANTED**.

2. Civil Action No. 22-4097 is **CONSOLIDATED** with Civil Action No. 22-3950.

3. All future filings shall be docketed under Civil Action No. 22-3950.

              BY THE COURT:

              /s/ Joel H. Slomsky
              JOEL H. SLOMSKY, J.